**Order entered May 25, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00067-CV

**NAOMI ABRAHAM MISHLER, Appellant**

**V.**

**STUART G. MISHLER, Appellee**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52796-2019**

### ORDER

Before the Court is appellant's opposed May 24, 2021 first motion to extend time to file her brief. Appellant's motion is **GRANTED**, and her brief shall be filed by June 26, 2021.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE